UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| RAHEEM PLEASANT, | ) | |
| Petitioner, | ) | Civil Action No. 7: 22-52-WOB |
| v. | ) | |
| BUREAU OF PRISONS, et al., | ) | **JUDGMENT** |
| Respondents. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1. The Court **ENTERS** Judgment in favor of the Respondents with respect to all matters raised in this proceeding.

2. This is a **FINAL** and **APPEALABLE** Judgment.

This the 16th day of August, 2022.



Signed By:
*William O. Bertelsman* WOB
United States District Judge